```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611137828
Cashier ID: sprinka
Transaction Date: 10/31/2018
Payer Name: john chan

TREASURY REGISTRY
 For: john chan
 Case/Party: D-CAN-3-18-CR-000527-003
 Amount:        $10,000.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 9526612603
 Amt Tendered: $10,000.00

Total Due:       $10,000.00
Total Tendered:  $10,000.00
Change Amt:          $0.00
```

Checks and drafts are accepted subject to collections and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.