<del>PROPOSED</del> ORDER/COVER SHEET

TO: **Honorable Joseph C. Spero**        RE: **Chan, John**
    **Chief U.S. Magistrate Judge**

FROM: **Silvio Lugo, Chief**              Docket No.: **3:18-CR-00527-WHA-03**
      **U.S. Pretrial Services Officer**

Date: **November 21, 2018**

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Katrina Chu                                                      415-436-7508

**U.S. Pretrial Services Officer**                        **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐   I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☒   Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. G
    15th Floor          on Friday, 11/30/18          at 10:30 AM          .

☐   Inform all parties concerned that a Bail Review Hearing will be conducted by:
    Magistrate Judge _____ Presiding  District Court Judge _____

☐   I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐   Modification(s)

    **The following condition shall be removed:**

        A.   *The defendant shall be subject to electronic monitoring on a daily curfew as directed by Pretrial Services.*

☐   Bail Revoked/Bench Warrant Issued.

☐   I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐   Other Instructions:

                                                          November 21, 2018

**JUDGE**                                                 **DATE**